LORI E. PEGG, Acting County Counsel (S.B. #129073)
JENNY S. LAM, Deputy County Counsel (S.B. #259819)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Union of American Physicians & Dentists, <br><br> Plaintiff, <br><br> v. <br><br> County of Santa Clara and Does 1-10, <br><br> Defendants. | No. CV 12-3790 HRL <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

The parties, by and through their attorneys of record, hereby stipulate that Defendants' due date to submit a response to Plaintiff's First Amended Verified Complaint on file in the above-captioned matter is currently August 16, 2012, but that Defendants shall be granted a 45 day extension of time up to and including September 30, 2012, in which to file their responsive pleading.

//
//
//
//
//
//
//

1

Stipulation to Extend Time to Respond to Complaint; [Proposed] Order

CV 12-3790 HRL

1 | This is the first extension of time in this matter.

2 | **IT IS SO STIPULATED.**

3 | Dated: 8/10/12                                    Respectfully submitted,

4 |                                                    LORI E. PEGG
                                                        ACTING COUNTY COUNSEL
5 |
6 |                                                    By: _____
7 |                                                        JENNY S. LAM
                                                            Deputy County Counsel
8 |                                                    Attorneys for Defendant
                                                        COUNTY OF SANTA CLARA
9 | Dated: 8/10/12

10 |                                                   DAVIS COWELL & BOWE

11 |
12 |                                                   By: _____
                                                            ANDREW J. KAHN
13 |                                                   Attorney for Plaintiff
                                                        Union of American Physicians & Dentists
14 |

15 |                              **[PROPOSED] ORDER**

16 | On reading the stipulation of the parties hereto, and good cause appearing therefor,

17 | IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiff's First

18 | Amended Verified Complaint be extended by 45 days, up to and including September 30, 2012.

19 |
20 | Dated: _____

21 |
22 |                                                   _____
                                                        HOWARD R. LLOYD
23 |                                                   United States Magistrate Judge

24 |
25 | 621955

26 |
27 |
28 |

2

Stipulation to Extend Time to Respond to Complaint;                          CV 12-3790 HRL
[Proposed] Order