ANDREW J. KAHN, (SB #129776)
ELIZABETH A. LAWRENCE, (SB #111781)
DAVIS COWELL & BOWE, LLP
595 Market St., Suite 1400
San Francisco CA 94105
Telephone: (415) 597-7200
Facsimile:  (415) 597-7201

Attorneys for Plaintiff
UNION OF AMERICAN PHYSICIANS &
DENTISTS

LORI E. PEGG, Acting County Counsel (S.B. #129073)
JENNY S. LAM, Deputy County Counsel (S.B. #259819)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Union of American Physicians & Dentists, <br><br> Plaintiff, <br><br> v. <br><br> County of Santa Clara, et al., <br><br> Defendants. | No. CV 12-3790 PJH <br><br> **STIPULATED REQUEST FOR STAY OF PROCEEDINGS PENDING LABOR NEGOTIATIONS; [PROPOSED] ORDER** |

Plaintiff and Defendant, by and through counsel, stipulate as follows:

In this lawsuit, Plaintiff Union ("UAPD") alleges that County management has unlawfully demanded under penalty of discharge that its physicians assign over to the County payments due to them from the Medicare/Medicaid programs for adopting Electronic Health Recordkeeping. In response to this suit, the County has agreed that no such demand will be made on the UAPD physicians during the continuation of bargaining and impasse resolution procedures with the UAPD for a new collective bargaining agreement.

1

As the issue in this case is just one of several involved in the negotiations, the parties expect such procedures to continue for at least several weeks past the County's current deadline for responding to the complaint of September 30, 2012.

The parties are cautiously optimistic that the issues in this suit can be resolved through these dispute resolution procedures, and believe negotiations might be adversely impacted by having to engage in adversarial litigation at this time.

Accordingly, the parties stipulate to the Court entering a stay of this case for a period of ninety (90) days, which either side may lift by filing a notice with the Court. Upon receiving or filing notice of the lifting of the stay, the County shall have twenty-eight (28) days to file its response to the complaint. The parties further agree to give the Court notice at the end of the 90-day period as to whether they desire additional stay of proceedings. The parties stipulate to the Court entering the proposed order attached or a similar order.

Alternatively, the parties stipulate that the County may have an additional ninety (90) days to answer the complaint and stipulate to a continuance of the initial case conference for at least ninety (90) days.

IT IS SO STIPULATED.

Dated: September 13, 2012                DAVIS, COWELL & BOWE, LLP


By: /s/ Andrew J. Kahn
Attorney for Plaintiff
UNION OF AMERICAN PHYSICIANS & DENTISTS


Dated: September 13, 2012                LORI E. PEGG
ACTING COUNTY COUNSEL


By: /s/ Jenny S. Lam
JENNY S. LAM
Deputy County Counsel

Attorney for Defendant
COUNTY OF SANTA CLARA

Stipulated Request for Stay of Proceedings Pending                                CV 12-3790 PJH
Labor Negotiations; [Proposed] Order

## [PROPOSED] ORDER

The parties having filed a stipulated request for stay of this litigation pending conclusion of negotiations and related dispute resolution procedures between the parties over a new collective bargaining agreement, and good cause appearing therefor, the Court hereby stays this litigation for a period of ninety (90) days from the date of this Order. This stay may be lifted by either party filing notice with the Court. Upon receiving or filing notice of the lifting of the stay, the County shall have 28 days to file its response to the complaint. Seven days prior to the expiration of the stay the parties will file status reports with the Court as to whether they believe additional stay of proceedings to be appropriate.

IT IS SO ORDERED.

DATED: _____   By:_____
THE HONORABLE PHYLLIS J. HAMILTON
United Stated District Court Judge

639123