ANDREW J. KAHN, SBN 129776
ajk@dcbsf.com
ELIZABETH A. LAWRENCE, SBN 111781
eal@dcbsf.com
DAVIS COWELL & BOWE
595 Market St. #1400
San Francisco CA 94105
Telephone:   (415) 597-7200
Facsimile:    (415) 597-7201

*Attorneys for Plaintiff*
Union of American Physicians and Dentists

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNION OF AMERICAN PHYSICIANS & DENTISTS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>    Defendants. | CASE NO.  CV 12-03790 PJH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(a)(1) (A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as no responsive pleading has been filed, Plaintiff Union of American Physicians and Dentists and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Dated:  October 24, 2012             DAVIS, COWELL & BOWE, LLP

                                By:   /s/ *Andrew J. Kahn*
                                      Attorney for Plaintiff
                                      Union of American Physicians and Dentists